UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DONNIE ONEAL BROWNRIDGE, JR.                                        PETITIONER

v.                                                        CIVIL ACTION NO. 3:17-CV-143-DPJ-FKB

BILLY SOLLIE                                                      RESPONDENT

ORDER

This § 2241 action is before the Court on Respondent's Motion to Dismiss [6] and the Report and Recommendation ("R&R) [14] of United States Magistrate Judge F. Keith Ball. Judge Ball held that Petitioner Donnie Oneal Brownridge, Jr.'s request was moot, since Brownridge was recently indicted and has entered a guilty plea. *See* R&R [14]. Upon review of the record, the Court agrees with Judge Ball's conclusions.

The Court mailed Brownridge a copy of the R&R, but on January 29, 2018, it was returned as undeliverable. *See* Mail Returned Notice [15]. Brownridge was notified in Judge Ball's earlier order that "his failure to keep the Court informed of his current address will result in the dismissal of this case." *See* March 16, 2017 Order [4] at 2. While Brownridge's failure to notify the Court that his address changed would justify dismissal, the Court nonetheless considered the merits of Respondent's motion and finds that Brownridge's request is moot.

For the foregoing reasons, the R&R [14] is adopted as the opinion of the Court. Respondent's Motion to Dismiss [6] is granted, and this case is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 31st day of January, 2018.

                                                                s/ *Daniel P. Jordan III*
                                                                CHIEF UNITED STATES DISTRICT JUDGE